No. 8,391.   STATE ex Rel. MARY VIELLE LUKIN, Admin-
istratrix of the Estate of John Vielle, Deceased et al.,
Relators, *v.* DISTRICT COURT et al., Respondents.

Decided November 17, 1942.

PER CURIAM.—The writ prayed for is denied for the rea-

son that under the provision of section 9751, Revised Codes, the relators, on appeal from the final judgment in the quiet title suit, without making the deposit required by order of the trial court under section 2214, may specify said order as error and this court must consider and determine the same, and that therefore the relators have an adequate remedy by appeal.

*Mr. S. J. Rigney*, for Relators.